# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

APR 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Gabriela Quiros,

vs

Debt Buyer Inc., and the
Hameroff/Lavinsky Law Firm,

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0769 LAB NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David McGlothin
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

APR 2 8 2008

DATE

J. PARIS

SEAL

By , Deputy Clerk