Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Gabriela Quiros

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA QUIROS,<br><br>Plaintiff,<br><br>v.<br><br>DEBT BUYER INC. and THE HAMEROFF/LAVINSKY LAW FIRM,<br><br>Defendant. | Case No.: 08 CV 0769 LAB NLS<br><br>**PROOF OF SERVICE** |

DAVID McGLOTHLIN, ESQ.(SBN 253265)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770
Ref. No. : 1104278-01
Attorney for : PLAINTIFF
Atty. File No. : 08CV0769LABNLS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : GABRIELA QUIROS
DEFENDANT : DEBT BUYER INC., et al.

Case No.: 08 CV 0769 LAB NLS
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served : HAMEROFF/LAVINSKY LAW FIRM
   b. Person served : "JANE DOE", PERSON IN CHARGE
   (F/20S/5'8"/SLIM/BLUE-GREEN/BROWN HAIR)

4. Address where the party was served 4565 RUFFNER ST SUITE 206
   SAN DIEGO, CA 92111 (Business)

5. I served the party
   b. **by substituted service.** On May 21, 2008 at 10:05 AM I left the documents listed in item 2
   with or in the presence of "JANE DOE", PERSON IN CHARGE,
   F/20S/5'8"/SLIM/BLUE-GREEN/BROWN HAIR
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) a **declaration of mailing** is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: HAMEROFF/LAVINSKY LAW FIRM
   under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
   a. T. SETVANPOUR
   b. KNOX ATTORNEY SERVICE, INC.
   2250 Fourth Avenue
   San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $65.00
   e. I am:
   (3) a registered California process server
   (i) an employee
   (ii) Registration No. 715
   (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 27, 2008

Signature: ______________________
T. SETVANPOUR

DAVID McGLOTHLIN, ESQ.(SBN 253265)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770
Attorney for : PLAINTIFF

Ref. No. : 1104278-01
Atty. File No. : 08CV0769LABNLS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : GABRIELA QUIROS
DEFENDANT : DEBT BUYER INC., et al.

Case No.: 08 CV 0769 LAB NLS
**DECLARATION REGARDING DILIGENCE**

I received the within process on 05/13/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served HAMEROFF/LAVINSKY LAW FIRM

Business : 4565 RUFFNER ST SUITE 206, SAN DIEGO CA 92111

Attempts to effect service are as follows:

05/21/08 10:05A Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 27, 2008

Signature: ______________________
T. SETVANPOUR

Jud. Coun. form, rule 2.150 CRC

**DECLARATION RE DILIGENCE**

DAVID McGLOTHLIN, ESQ.(SBN 253265)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770

Ref. No. : 1104278-01

Attorney for : PLAINTIFF

Atty. File No. : 08CV0769LABNLS

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : GABRIELA QUIROS
DEFENDANT : DEBT BUYER INC., et al.

Case No.: 08 CV 0769 LAB NLS
**DECLARATION OF MAILING**

RE: HAMEROFF/LAVINSKY LAW FIRM

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On May 22, 2008 I served the within documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

HAMEROFF/LAVINSKY LAW FIRM

4565 RUFFNER STREET, SUITE 206
SAN DIEGO, CA 92111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 22, 2008 at SAN DIEGO, California.

Signature: Laura Bonde
LAURA BONDE

**DECLARATION OF MAILING**