Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
David J. McGlothlin, Esq. (SBN: 253265)
dmcglothlin@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Gabriela Quiros

HYDE & SWIGART
San Diego, California

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABRIELA QUIROS**<br><br>**Plaintiff,**<br>**v.**<br><br>**DEBT BUYER INC. and THE HAMEROFF/LAVINSKY LAW FIRM**<br><br>**Defendants.** | **Case Number: 08 CV 0769 LAB NLS**<br><br><br><br>**PROOF OF SERVICE** |

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Gabriela Quiros,

vs

Debt Buyer Inc., and the
Hameroff/Lavinsky Law Firm,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0769 LAB NLS

TO: (Name and Address of Defendant)

Debt Buyer Inc.
3080 S Durango Drive Suite 207
Las Vegas NV 89117-9194

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

David McGlothin
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAR 2 8 2008

W. Samuel Hamrick, Jr.

CLERK

J. PARIS

DATE

By , Deputy Clerk

DAVID MCGLOTHLIN, ESQ.
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770
Attorney for : PLAINTIFF

Ref. No. : 1104290-01
Atty. File No. : 08CV0769

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : QUIROS
DEFENDANT : DEBT BUYER INC.

Case No.: 08 CV 0769 LAB NLS
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET

3. a. Party served : DEBT BUYER INC.
   b. Person served : JOYCE HARRIS, AUTHORIZED EMPLOYEE (AUTHORIZED TO ACCEPT SERVICE)

4. Address where the party was served 3080 S DURANGO DRIVE SUITE 207
   LAS VEGAS, NV 89117-9194 (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on May 23, 2008 (2) at: 04:25 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: DEBT BUYER INC.
   under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
   a. SCOTT AUSTIN
   b. KNOX ATTORNEY SERVICE, INC.
   2250 Fourth Avenue
   San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $150.50
   e. I am:
   (3) a registered California process server
   (i) an independent contractor
   (ii) Registration No.: 152
   (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 4, 2008

Signature: see attached Notarized affidavit
SCOTT AUSTIN

**United States District Court**

**CASE NO.: 08CV0769 LAB (NLS)**

**AFFIDAVIT OF SERVICE**

**GABRIELA QUIROS**

Plaintiff/Petitioner,

vs.

**DEBT BUYER INC., AND THE HAMEROFF/LAVINSKY LAW FIRM**

Defendant/Respondent.

_______________________________________/

SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET received by **Paradigm Attorney Service, Inc.** on **05/23/2008** to be served upon:

**DEBT BUYER INC.**

I, **Scott Austin**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made.

I am authorized to serve this process in the circuit/county it was served in.

On **05/23/2008** at **04:25 PM**, I served the within **SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET** on **DEBT BUYER INC.** at **3080 S.Durango Dr. Ste. 208 , Las Vegas, NV 89117** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process to **Joyce Harris**, **Authorized Employee** of the above named corporation and informing him/her of the contents.

X________________________________

Scott Austin
Paradigm Attorney Service, Inc. – Lic#: 1361
525 S. 6th Street
Las Vegas, NV 89101
702.385.7874
Atty File#: **11042900–01** – Our File# **15689**

SUBSCRIBED AND SWORN TO before me this 27th day of May, 2008.

________________________________
Notary Public in and for said County and State.

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
M. GOMEZ
No: 05-99157-1
My Appointment Expires Aug. 4, 2009